# EXHIBIT "B"

## AFFIDAVIT OF SERVICE

State of             County of           American Arbitration Association Court

Case Number: 02-22-0005-1954

Claimant:
**ARTHUR KILL PROPERTIES, LLC.**

vs.

Respondent:
**NEAL DEVITO**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Bay Ridge Hyundai, 9013 4th Avenue, Brooklyn, NY 11209**.

I, Caswell Bryan, being duly sworn, depose and say that on the **4th day of December, 2023** at **1:03 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Non-Party Witness Subpoena and Schedule A and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Danny Ianelli** as **Office Manager** for **Bay Ridge Hyundai**, at the address of: **9013 4th Avenue, Brooklyn, NY 11209**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 6'5", Weight: 260, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF     New York )

Subscribed and Sworn to before me on the 4th day of December, 2023 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023018731

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8 2r

