# EXHIBIT "C"

**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Ave.**
**Suite 3W8**
**Lake Success, NY 11042**
**(516) 328-8899**

January 8, 2024

Bay Ridge Hyundai
9013 4th Avenue
Brooklyn, NY 11209

       Re:    **Arthur Kill Properties, LLC v. Neal Devito**
               **Case No: 02-22-0005-1954**

Dear Sir or Madam:

You were served on December 4, 2023 with a non-party subpoena in the above-referenced matter (*see* the attached Subpoena with Affidavit of Service). We have not heard from you or a representative of your organization regarding your response.

Please contact the undersigned as soon as possible to discuss compliance with the enclosed. If we do not hear from you by January 16, 2024, we will be forced to seek judicial intervention.

               Very truly,

                 /s/
               Michael J. Mauro, Esq.
               Michael@mllaborlaw.com

Encl.: Subpoena and Affidavit of Service